UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEEN M. FARGO,<br><br>  Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | CASE NO. C22-5954-BAT<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE EFFECTIVE JANUARY 13, 2023** |

The Clerk notified plaintiff that her application to proceed *in forma pauperis* ("IFP") was deficient because it was unsigned, and that a corrected, signed application should be filed by December 27, 2022. Dkt. 4. After that deadline passed without response, the Court issued an order to show cause informing plaintiff that unless the IFP deficiency was corrected by January 9, 2023, the case would be dismissed.[1] Dkt. 6. To date, plaintiff has not responded to the show cause order.

The Court therefore ORDERS:

1. Effective **January 13, 2023**, this matter is DISMISSED WITHOUT PREJUDICE. Plaintiff need not file a new case to proceed with this matter if the IFP deficiency is corrected before that date.

---

[1] All parties consented to have this matter heard by a magistrate judge. Dkt. 5.

2.  The Clerk shall provide a copy of this order to all counsel.

DATED this 10th day of January, 2023.

> _____
> BRIAN A. TSUCHIDA
> United States Magistrate Judge